UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
3.11.2020
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

RONNIE JEROME JONES

CASE NO. 3:20-cr-45-J-34 JBT

18 U.S.C. § 922(g)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 5, 2019, in the Middle District of Florida, the defendant,

RONNIE JEROME JONES,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Aggravated Battery, on or about October 26, 2000,

2. Possession of Cocaine, on or about January 2, 2004,

3. Sale/Manufacture/Deliver Cocaine within 1,000 feet of a Church, on or about September 9, 2004,

4. Sale/Manufacture/Deliver Cocaine within 1,000 feet of Convenience Business, on or about September 9, 2004,

5. Aggravated Battery upon Pregnant Female, Felony Battery, and Cocaine Possession, on or about February 16, 2017,

did knowingly possess, in and affecting interstate commerce, a firearm, that is,

a Thompson, .45 caliber pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, a Thompson, .45 cal. Pistol, Model 1911, Serial Number AOC29117.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Beatriz Gonzalez
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

3

FORM OBD-34
3/5/20 Revised

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

RONNIE JEROME JONES

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 11th day

of March, 2020.

_____
Clerk

Bail   $_____

GPO 863 525